No. 553. UNITED STATES v. LOEW'S INCORPORATED ET AL.;
No. 555. LOEW'S INCORPORATED ET AL. v. UNITED STATES; and
No. 556. C & C SUPER CORP. v. UNITED STATES. Appeals from the United States District Court for the

974

Southern District of New York. Probable jurisdiction noted. *Solicitor General Cox, Assistant Attorney General Loevinger, Lionel Kestenbaum* and *Richard A. Solomon* for the United States. *Louis Nizer, Myles J. Lane* and *Benjamin Melniker* for appellees in No. 553 and appellants in No. 555. *Mervin C. Pollak* for appellant in No. 556. Reported below: 189 F. Supp. 373.